IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   17-cv-00176-WYD-NYW

SUSIE DELMA ALBERT,

    Plaintiff,

v.

MACY'S INC. Corporation Service Company,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the parties' Stipulated Motion for Dismissal with Prejudice (ECF No. 24), filed April 25, 2017, as to Plaintiff's claims against Defendant. After a review of the file and the stipulated motion, it is hereby

ORDERED that the Stipulated Motion for Dismissal with Prejudice (ECF No. 24), filed April 25, 2017, is **GRANTED.**   It is further

ORDERED that the claims of Plaintiff in this action are **DISMISSED WITH PREJUDICE**, and each party to pay its own costs and attorney fees.

Dated:   April 25, 2017.

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE